# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

**NO. 03-21-00438-CR**
**NO.  03-21-00652-CR**

---

**Carlos A. Ulloa, Appellant**

**v.**

**The State of Texas, Appellee**

---

**FROM THE 147TH DISTRICT COURT OF TRAVIS COUNTY**
**NO. D-1-DC-06-301119, DARLENE BYRNE, JUDGE PRESIDING**

---

## M E M O R A N D U M   O P I N I O N

In 2006, appellant Carlos Ulloa (also known as Carlos Gomez) pleaded guilty to the offense of aggravated sexual assault of a child and was sentenced to thirty years' imprisonment.  Since that time, Ulloa has filed multiple habeas-corpus applications in the Court of Criminal Appeals, which have been either denied or dismissed without written order.  More recently, Ulloa has filed multiple notices of appeal in this Court, which we have dismissed for want of jurisdiction.  *See, e.g.*, *Ulloa v. State*, No. 03-21-00030-CR, 2021 WL 728183, at *1 n.1 (Tex. App.—Austin Feb. 25, 2021, no pet.) (mem. op., not designated for publication); *Gomez v. State*, No. 03-20-00197-CR, 2020 WL 1814617, at *1 (Tex. App.—Austin Apr. 9, 2020, no pet.) (mem. op., not designated for publication); *Gomez v. State*, No. 03-20-00044-CR, 2020 WL 594488, at *1 (Tex. App.—Austin Feb. 7, 2020, no pet.) (mem. op., not designated for publication).

Now, Ulloa has filed two more notices of appeal in this Court. In cause number 03-21-00438-CR, Ulloa has filed a notice of appeal from this Court's most recent opinion dismissing his appeal. *See Ex parte Ulloa*, No. 03-21-00272-CR, 2021 WL 3196231, at \*1 (Tex. App.—Austin July 29, 2021, no pet.) (mem. op., not designated for publication). In cause number 03-21-00652-CR, Ulloa has filed a notice of appeal from this Court's mandate in that case, which was issued on October 28, 2021. However, this Court no longer has plenary power in that case. *See* Tex. R. App. P. 19.1, 19.3. Accordingly, we dismiss these appeals for want of jurisdiction.[1]

_____

Gisela D. Triana, Justice

Before Justices Goodwin, Baker, and Triana

Dismissed for Want of Jurisdiction

Filed: January 21, 2022

Do Not Publish

---

[1] To the extent that Ulloa's notices of appeal could be construed as motions for rehearing in cause number 03-21-00272-CR, they were untimely. *See* Tex. R. App. P. 49.1 ("A motion for rehearing may be filed within 15 days after the court of appeals' judgment or order is rendered.").